# United States District Court
## Violation Notice (Rev. 1/2019)

LM22005212

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A197 | 9598520 | Sullins | 404 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: MJL002221 0945
Offense Charged: 43 CFR 8365.1-2A 4434
Place of Offense: Crossy Wash
Offense Description: 14 Day overstay

### DEFENDANT INFORMATION
Last Name: Durham
First Name: Autumn
M.I.: N
City: Lake Havasu  State: AZ  Zip: 86404
Date of Birth: --76
Drivers License No.: [illegible] AZ
Adult; Female
Hair: Blo  Eyes: Blo  Height: 503  Weight: 130

### APPEARANCE IS OPTIONAL
Forfeiture Amount: $50
+ $30 Processing Fee
Total Collateral Due: $80

PAY THIS AMOUNT AT www.cvb.uscourts.gov

X Defendant Signature: [signed]

*9598520*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 1-3, 2022 while exercising my duties as a law enforcement officer in the Federal District of Arizona

See Attachment 1

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 1-3-22   Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: 5/16/22   U.S. Magistrate Judge: [signed]

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/27/2022 11:4

Incident # LM22003474   CVB Loc. Code A197   Violation Notice #9598520

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 1-3-22, while exercising my duties as a law enforcement officer in the Federal District of Arizona

While driving a marked BLM law enforcement vehicle and while wearing a BLM law enforcement I observed a camp with trash and tires piled up along the roadway. I made contact with an Autumn Durham, who was later identified by her AZ driver's license. Durham had been warned a week prior to clean up the trash by Ranger Ball and she failed to do so. Durham was also told to leave the area because she had been living in Craggy Wash for over a month. I issued Durham a citation for 43 CFR 8365.1-1(b)(1), Failure to dispose of trash and for 43 CFR 8365 1.2 (a) Camping longer than permitted. Durham signed the promise to appear statement and his signature appears on the Violation Notice in the space marked Defendant Signature.

The foregoing statement is based upon:
☒ My personal observation           ☐ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: _1-3-22_      _____
             Date (MM/DD/YYYY)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _5/16/22_     _____
             Date (MM/DD/YYYY)        U.S. Magistrate Judge

Page 1 of 1

# United States District Court
## Violation Notice (Rev. 1/2019)

LA22005747
LA22co

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A197 | 9598521 | Sullins | 404 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 3-3-22 0945
Offense Charged ☐ CFR ☐ USC ☐ State Code: 43 CFR 8315.1-1 b1
4424

Place of Offense: Glassy Wash

Offense Description: Factual Basis for Charge: Failure to dispose of Trash

HAZMAT ☐

### DEFENDANT INFORMATION
Phone: ( )

Last Name: Durham
First Name: Autumn
M.I.: N
Street Address: —
City: Lake Havasu
State: AZ
Zip Code: 86404
Date of Birth: 76

Drivers License No: —
CDL ☐   D.L. State: AZ
Social Security No: —

☒ Adult ☐ Juvenile   Sex ☐ Male ☒ Female
Hair: Bro  Eyes: Bro  Height: 5'02"  Weight: 130

### VEHICLE   VIN:

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150 Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov →
$ 190 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 
Date: 
Time: 

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signed]

Original - CVB Copy

*9598521*

CVB SCAN 01/27/2022 11:4
MJ-22-04203-001-PCT-CDB

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 1-3, 20 22 while exercising my duties as a law enforcement officer in the Federal District of Arizona

See attachment

The foregoing statement is based upon:
☒ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 1-3-22
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: 5/16/22
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/27/2022 11:5

Incident # LM22003747        CVB Loc. Code A197        Violation Notice #9598521

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 1-3-22, while exercising my duties as a law enforcement officer in the Federal District of Arizona

While driving a marked BLM law enforcement vehicle and while wearing a BLM law enforcement I observed a camp with trash and tires piled up along the roadway. I made contact with an Autumn Durham, who was later identified by her AZ driver's license. Durham had been warned a week prior to clean up the trash by Ranger Ball and she failed to do so. Durham was also told to leave the area because she had been living in Craggy Wash for over a month. I issued Durham a citation for 43 CFR 8365.1-1(b)(1), Failure to dispose of trash and for 43 CFR 8365 1.2 (a) Camping longer than permitted. Durham signed the promise to appear statement and his signature appears on the Violation Notice in the space marked Defendant Signature.

The foregoing statement is based upon:
☒ My personal observation          ☐ My personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ Other (explain above)

I declare under the penalty of perjury that the information, which I have set forth above and on the face of the violation notice, is true and correct to the best of my knowledge.

Executed on: ___1-3-22___          _____
             Date (MM/DD/YYYY)         Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: ___5/16/22___          _____
             Date (MM/DD/YYYY)         U.S. Magistrate Judge

Page 1 of 1

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached PC statement

The foregoing statement is based upon:
- [x] my personal observation
- [x] my personal investigation
- [ ] information supplied to me from my fellow officer's observation
- [ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/16/2022   /s/ Joshua Bell
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: Camille D. Bibles   Digitally signed by Camille D. Bibles
Date: 2022.06.16 18:47:45 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

---

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A157 | 09885954 | BAU | 856 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 06/16/2022 1028
Offense Charged: 43 CFR 8365.2-3(c)
Place of Offense: CRAGGY WASH
Offense Description: Factual Basis for Charge: 14 Day overstay

### DEFENDANT INFORMATION
Last Name: DUCHAM
First Name: AUTUMN
M.I.: N
City: Lake Havasu City
State: AZ
Zip Code: 86403
Date of Birth: ___/___/76
Drivers License No.: ___
D.L. State: AZ
Social Security No.: ___/___/018
[x] Adult  [ ] Juvenile   Sex: [ ] Male [x] Female   Hair: BRO   Eyes: BRO   Height: 5'03"   Weight: 130

### VEHICLE   VIN:
| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|

**APPEARANCE IS REQUIRED**
A [x] If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B [ ] If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ NA    Forfeiture Amount
+ $30   Processing Fee
$       Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: US District Court, 1755 Mission Blvd, Kingman AZ 86401
Date: 06/24/22   Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: /s/

Original - CVB Copy

*09885954*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached PC statement

The foregoing statement is based upon:

☑ my personal observation ☑ my personal investigation
☐ Information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/16/2022   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2022.06.16 18:47:18 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material Involved in Incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle Involved in Incident

---

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A.197 | 09885955 | BAN | 85.6 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 06/16/2022 10:28
Offense Charged: ☐ CFR ☐ USC ☐ State Code
43 CFR 8365-1(B)(1)
Place of Offense: CLAGGY WASH

Offense Description: Factual Basis for Charge       HAZMAT ☐

Dispose of any cans, bottles and other non flammable trash and garbage

### DEFENDANT INFORMATION   Phone:

Last Name: DURHAM
First Name: AUTUMN
M.I.: N

Street Address: ---

City: Lake Havasu City
State: AZ
Zip Code: 86403
Date of Birth: 8/76

Drivers License No.: ____   CDL ☐   D.L. State: AZ   Social Security No.: 4019

☑ Adult ☐ Juvenile   Sex ☐ Male ☑ Female   Hair: BRO   Eyes: BRO   Height: 5'03"   Weight: 130

VEHICLE   VIN:     CMV ☐
Tag No.   State   Year   Make/Model   PASS ☐   Color

---

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See Instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT
www.cvb.uscourts.gov →

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: U.S. District Court
2753 Mission Blvd
Kingman AZ 86401
Date: 08/24/22
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*09885955*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20__ while exercising my duties as a law enforcement officer in the _____ District of _____

See attached PC statement

The foregoing statement is based upon:

- ☒ my personal observation ☐ my personal investigation
- ☐ information supplied to me from my fellow officer's observation
- ☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/16/2022  [Officer's Signature: Bell]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: **Camille D. Bibles** Digitally signed by Camille D. Bibles
Date: 2022.06.16 18:46:51 -07'00'
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

---

## United States District Court
### Violation Notice
(Rev. 1/201)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| A97 | 09885956 | BAN | 856 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 06/16/2022 1628
Offense Charged: ☐ CFR ☐ USC ☐ State Code: 43 CFR 8365.1-4(3)
Place of Offense: CRAGGY WASH
Offense Description: Factual Basis for Charge — HAZMAT
Refuse to disperse

**DEFENDANT INFORMATION**
Last Name: DURHAM
First Name: AUTUMN
M.I.: N
City: Lake Havasu City
State: AZ
Zip Code: 86403
Date of Birth: __/__/1976
D.L. State: AZ
Social Security No: -4018
☒ Adult ☐ Juvenile  Sex: ☐ Male ☒ Female
Hair: BRO  Eyes: BRO  Height: 503  Weight: 130

**VEHICLE** VIN:
Tag No. | State | Year | Make/Model | PASS | Color

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.
$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT AT
www.cvb.uscourts.gov → $ _____ Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: US District Court, 7755 Mission Blvd, Kingman AZ 86401
Date: 06/24/2022  Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*09885956*

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

Violation Numbers: 09885954, 09885955, 09885956 (Autumn Durham)
7506761, 7506762, 7506763 (Jeffrey Durham)
09885951, 09885952, 09885953 (Jeffrey Durham, Jr.)
7506764, 7506765, 7506766 (Tarelle Durham)
LOC: A197  Craggy Wash, BLM Lands, District of Arizona

On June 16, 2022, I, BLM Ranger Jason Ball (Badge No. 856), was on duty for the Bureau of Land Management (BLM) on BLM lands near Highway 95, Craggy Wash, in the District of Arizona. I was looking for Autumn Nell Durham (Autumn), a white female, who had two federal (CVB) warrants for her arrest. I located Autumn in a makeshift camp in the Craggy Wash area of the BLM lands. The "camp" consisted of a large tent-like structure that was made of wooden pallets and tarp(s). It was at least 10 feet by 20 feet (if not larger) and had what appeared to be a separate awning or patio-like area, which was also covered by tarp(s). There was also two tents and other makeshift structures on the grounds, including an area for water and showering. There was a total of four people located at the site, including Autumn, Jeffrey Durham (Jeffrey), Jeffrey Durham, Jr. (Junior), and Tarelle Durham (Tarelle). All of the subjects are adults. Jeffrey and Autumn are the parents of Junior and Tarelle. Based on my training and experience, the construction of these structures and the large number of things present within the site indicated that they had been living (not camping) there for well in excess of 14 days.

I also observed a large amount of trash in the site, which include such things as what appeared to be two inoperable mopeds or small motorcycles, pallets, tires, car batteries, an oxygen tank, empty boxes, and food that was not suitable for human consumption. There was also an area where I observed what appeared to be human waste. The site or make-shift camp was spread out over what I estimate to be over 100 feet. There was different types of debris or items throughout this area.

The site where the Durhams were found is within a disbursed camping area, with a 14-day stay limit. There is a posted sign notifying people entering the area of said limit. During my contact with the Durhams, I interviewed them all separately. Autumn, Jeffrey, and Tarelle indicated that they had been staying in the Craggy Wash area since approximately December 2021. Junior said he had been staying in Craggy Wash since about February 2022.

I had previously met with all of the Durhams listed above on or about March 30, 2022. At that time, the Durhams were located at another location within Craggy

1

Wash in the District of Arizona. I warned them that they had to leave the Craggy Wash area – since they had clearly exceeded the 14-day stay limit at that time – and to clean up the area before leaving. I issued them this warning in lieu of citations. I did go back afterward to that prior site. I found that the Durhams had left that specific site and cleaned up most of the trash. During the interview of the subjects conducted on June 16, 2022, the Durhams indicated that they left that spot and moved to the location where I found them today (June 16, 2022). Thus, they have been staying at or in the Craggy Wash site for well in excess of 14 days (i.e., months).

Autumn was arrested without incident on June 16, 2022, for her outstanding federal (CVB) warrants. She was also given additional citations described above. Jeffrey, Junior, and Tarelle were issued mandatory appearance violation notices, with a court date in Kingman, Arizona at the BLM building on June 24, 2022. All of these violations are Class A misdemeanors.

It should be noted that after informing the subjects of Autumn's arrest, Jeffrey became somewhat uncooperative. He cussed and said we were not taking Autumn to jail. However, we were able to arrest and transport her without too much further incident.

The foregoing statement is based upon

_X_ my personal observation     _X_ my personal investigation

____ Information supplied to me by my fellow officer's observation

____ Other (explain above)

**Pursuant to 28 U.S.C. § 1746(2), I declare that the foregoing is true and correct to best of my knowledge.**

Executed on: 06/16/2022
Date (mm/dd/yyyy)

Officer's Signature/Badge Number 856
Jason N. Ball

Probable cause has been stated for the issuance of a warrant.

**Camille D. Bibles**
Digitally signed by Camille D. Bibles
Date: 2022.06.16 18:45:30 -07'00'

Executed on: _____
Date (mm/dd/yyyy)

U.S. Magistrate Judge

2